**Order filed July 7, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00883-CV
_____

**CAL DIVE OFFSHORE CONTRACTORS INC., Appellant**

**V.**

**NIGEL BRYANT, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-57457**

## ORDER

Appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the District of Delaware under cause number 15-10459-CSS. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing on March 17, 2015, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On July 2, 2015, appellant filed notice with this court that the bankruptcy court lifted the stay for purposes of this appeal. Attached to the notice is a copy of the bankruptcy court's order.

Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

PER CURIAM